# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| A & G, Inc.  Plaintiff, | Case No. 14-cv-7937 |
| -v- | **Rule 7.1 Statement** |
| Mooyeon Kim  Defendant. | |

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for ____Mooyeon Kim____ (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

None.

**Date:** 12/22/2014

**Signature of Attorney**

**Attorney Bar Code:** BN 1203