UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
A & G, INC.,

                Plaintiff/Counterclaim Defendant,

                    - against -

MOOYEON KIM

                Defendant/Counterclaim Plaintiff.

------------------------------------------------------------ X

Civil Action No. 14-cv-7937

**MOTION FOR ADMISSION**
***PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, **TAESOO SEAN KIM**, hereby move this Court for an Order for admission *pro hac vice* to appear as Counsel for Defendant/Counterclaim Plaintiff Mooyeon Kim in the above-captioned action.

I am in good standing with the bar of the State of New York and there are no pending disciplinary proceedings against me in any state, commonwealth or federal court.

Dated: December 23, 2014

                                              Respectfully submitted,

                                              /s/ *TaeSoo Sean Kim*
                                              TaeSoo Sean Kim
                                              McGUIREWOODS LLP
                                              1345 Avenue of the Americas, 7th Floor
                                              New York, NY 10105
                                              Telephone: (212) 548-2136
                                              Facsimile:  (212) 715-6273
                                              tkim@mcguirewoods.com



# Appellate Division of the Supreme Court of the State of New York
## Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **TaeSoo Sean Kim** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 11th day of June 2014, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on December 23, 2014.

*Aprilanne Agostino*

Clerk of the Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- X
A & G, INC.,                                                :
                                                            :
                                                            :   Civil Action No. 14-cv-7937
    Plaintiff/Counterclaim Defendant,                       :
                                                            :   **ORDER FOR ADMISSION**
        - against -                                         :   *PRO HAC VICE*
                                                            :
MOOYEON KIM                                                 :
                                                            :
                                                            :
    Defendant/Counterclaim Plaintiff.                       :
                                                            :
----------------------------------------------------------- X

The motion of **TAESOO SEAN KIM** for admission to practice *pro hac vice* in the above-captioned action is granted. Applicant has declared that he is a member in good standing of the bar of the State of New York and that his contact information is as follows:

    Applicant's Name:  **TAESOO SEAN KIM**
    Firm Name:  McGuireWoods LLP
    Address:  1345 Avenue of the Americas, 7th Floor
    City/State/Zip:  New York, NY 10105
    Phone Number:  (212) 548-2136
    Fax Number:  (212) 715-6273
    E-mail:  tkim@mcguirewoods.com

Applicant, having requested admission *pro hac vice* to appear for all purposes as counsel for Defendant/Counterclaim Plaintiff Mooyeon Kim.

**IT IS HEREBY ORDERED** that applicant is admitted to practice *pro hac vice* in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____, 2014                              SO ORDERED:

                                                            _____
                                                            U.S. District/Magistrate Judge

63198022_1