UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

A & G, INC.,

                            Plaintiff,

-v-                                         No. 14-cv-7937 (RJS)
                                                            REFERRAL ORDER

MOOYEON KIM,

                            Defendant.

RICHARD J. SULLIVAN, District Judge:

       The above entitled action is referred to Magistrate Judge Henry B. Pitman for the following purpose(s):

__ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

__ Specific Non-Dispositive Motion/Disputes:

**X** Settlement: The parties shall contact Magistrate Judge Henry B. Pitman by April 15, 2015 to schedule a settlement conference.

__ Inquest After Default/Damages Hearing

__ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

__ Consent under 28 U.S.C. § 636(c) for limited purpose (*e.g.*, dispositive motion, preliminary injunction)
      Purpose:_____

__ Habeas Corpus

__ Social Security

__ Dispositive Motions (*i.e.*, motion requiring Report and Recommendation)

SO ORDERED.

DATED:    January 22, 2015
                 New York, New York

                                                 RICHARD J. SULLIVAN
                                                 UNITED STATES DISTRICT JUDGE