UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------

A & G, Inc.

                Plaintiff,

-against-

Mooyeon Kim

                Defendant.
----------------------------------------------------------

Case No.  14 Civ. 7937 (RJS)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

## Brad Richard Newberg
FILL IN ATTORNEY NAME

My SDNY Bar Number is: BN1203 _____ My State Bar Number is _____

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:    FIRM NAME:  Reed Smith LLP
                FIRM ADDRESS: 3110 Fairview Park Drive
                FIRM TELEPHONE NUMBER: 703-641-4200
                FIRM FAX NUMBER: 703-641-4340

NEW FIRM:    FIRM NAME:  McGuireWoods LLP
                FIRM ADDRESS:  1750 Tysons Blvd., Ste. 1800
                FIRM TELEPHONE NUMBER: 703-712-5061
                FIRM FAX NUMBER: 703-712-5050

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
was entered on _____ by Judge_____.

Dated: January 26, 2015

_____
ATTORNEY'S SIGNATURE