UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



A & G, INC.,

                Plaintiff,

-v-

MOOYEON KIM,

                Defendant.

No. 14-cv-7937 (RJS)
ORDER

RICHARD J. SULLIVAN, District Judge:

    On April 16, 2015, a minute entry for proceedings held before Magistrate Judge Henry B. Pitman noted that a successful settlement conference was held on April 16, 2015.  Accordingly, IT IS HEREBY ORDERED THAT this case is dismissed with prejudice but without costs.  IT IS FURTHER ORDERED THAT the Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).  However, within thirty days of the date of this Order, any party may send a letter requesting to restore this action to the undersigned's calendar with an explanation for the request.  Upon receipt of such a letter, this action will be restored.  IT IS FURTHER ORDERED THAT all conferences and deadlines are adjourned indefinitely.

SO ORDERED.

Dated:     April 17, 2015
             New York, New York

                                                RICHARD J. SULLIVAN
                                                UNITED STATES DISTRICT JUDGE