**McGuireWoods LLP**
1345 Avenue of the Americas
Seventh Floor
New York, NY 10106-0106
Phone: 212/548.2100
Fax: 212.548.2150
www.mcguirewoods.com

**Brad R. Newberg**
Direct: 703.712.5061

**McGUIREWOODS**

bnewberg@mcguirewoods.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-18-15

**MEMO ENDORSED**

May 18, 2015

**VIA ELECTRONIC FILING AND E-MAIL**
The Honorable Richard J. Sullivan, United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

RE: *A & G, Inc. v. Mooyeon Kim*, Case No, 14-CV-7937

Dear Judge Sullivan:

This joint letter is submitted by the parties in accordance with the Court's Order dated April 17, 2015.

Parties have talked and agreed on settlement terms. However, Defendant is currently traveling from S. Korea to New York and cannot physically sign the settlement agreement. Therefore, Parties would respectfully request a ten (10) day extension on the Order as to allow time for both Parties to sign the agreement.

Respectfully submitted,

_/s/ Brad Newberg_____
Brad Newberg
Counsel for Defendant/Counter-Plaintiff

_/s/ Dan Gus_____
Dan Gus
Counsel for Plaintiff/Counter-Defendant

SO ORDERED.
Dated: 5/18/15

RICHARD J. SULLIVAN
U.S.D.J.